Case 1:95-cr-10150-NMG   Document 170 (Ex Parte)   Filed 11/20/13   Page 3 of 4

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:95CR10150-001NMG |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR 13- 718 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Corso | DISTRICT OF MASSACHUSETTS | MATSUMOTO, J. |
| | NAME OF SENTENCING JUDGE | |
| | Nathaniel M. Gorton | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 07/06/2012 / TO 07/05/2015 |

OFFENSE

Racketeering Conspiracy, Racketeering, Interstate Transportation of Stolen Money and Property, Conspiracy, Perjury, Felon in Possession of Firearm, and Using and Carrying a Firearm during and in Relation to a Crime of Violence

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 26 2013 ★
BROOKLYN OFFICE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/22/13                                  /s/ Nathaniel M. Gorton
_____                            _____
Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/31/13                                   s/KAM
_____                            _____
Effective Date                             United States District Judge

A TRUE COPY ATTEST 1/1/ 20 14
DATE _____ DOUGLAS C. PALMER, CLERK
BY _Powell_ DEPUTY CLERK